IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

IN RE: )
)
RAMIRO CASTANEDA, ) Case No. 11-12408
) Chapter 7
Debtor(s). )
_____ )

## **TRUSTEE'S MOTION FOR TURNOVER AND TO COMPEL**

COMES NOW the trustee and for his motion states:

1. Among the assets of the estate are two non-exempt vehicles, a 1977 Chevrolet with a scheduled value of $365.00, and a 1997 Chevrolet with a scheduled value of $300.00. The trustee requests an order directing turnover of these vehicles or the scheduled value of the same.

2. According to pay stubs produced, the debtor earned a paycheck pre-petition in the net amount of $1,295.03 paid to him on August 11, 2011, six days after the filing of the bankruptcy. This paycheck represents the debtor's net earnings as of August 4, 2011 (one day pre-petition).

3. The trustee requests an order directing turnover of 25% of the net pay fully earned prior to August 5, 2011, the date of the filing, or $323.76.

4. In addition, by letter of September 26, 2011 attached hereto, the trustee requested production of specific bank account statements which had been previously requested and not produced. To date, the debtor has wholly failed to comply with the trustee's request.

5. The trustee requests and order compelling the debtor to produce such documents and awarding $200.00 in sanctions for failure to comply with the trustee's request.

WHEREFORE, the Trustee requests an order set forth herein.

KLENDA, MITCHELL, AUSTERMAN
&amp; ZUERCHER, L.L.C.
Suite 1600, 301 N. Main
Wichita, KS 67202
Telephone: (316) 267-0331
Fax: (316) 267-0333
jmmorris@kmazlaw.com

By: */s/ J. Michael Morris*
J. Michael Morris, #09292
Attorney for Trustee